In the Matter of the Application of ABRAHAM SLUTSKY, Respondent, for a Peremptory Order of Mandamus against NOAH FINKELSTEIN and Others, Appel-

lants.— Motion for stay granted on consent. Submit stipulation with order. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.